UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
IN RE:

                                                                2nd AMENDED CHAPTER 13 PLAN

Ayesha Yasmin,                                   Case No.: 15-75309
                   Debtor.                           Judge Scarcella
------------------------------------------------------------------X

1. The future earnings of the Debtor are submitted to the supervision and control of the Trustee and the Debtor shall pay to the Trustee for a total period of **60 months**, the sum of:

**$1,125.00** commencing **January 7, 2016** through **December 7, 2016** THEN **$1.220.00** per month beginning **January 7, 2017** through the remainder of the plan.

2. From the payments so received, the Trustee shall make disbursements as follows:
   **(a) Balance of Debtor(s) attorney's fee to Howard Weisinger, Esq. of $2,000.00**
   (b) Full payment in deferred cash payments of all claims entitled to priority under 11 USC Section 507: **None.**
   (c) Holders of allowed secured claims shall retain the liens securing such claims and shall be paid as follows:

   **HSBC which holds a mortgage on her home at 2507 Dogwood Avenue, East Meadow, New York, account number 2029876899, to be paid $61.845.31 under the plan.**

   (d) Subsequent and/or concurrently with distribution to secured, priority, and administrative creditors, dividends to **unsecured creditors** whose claims are duly allowed as follows: **PRO RATA distribution to all timely filed proofs of claim.**

3. Debtor shall make all post-petition payments, including but not limited to mortgage payments, vehicle payments, real estate taxes and income taxes, outside the plan.

4. All lease agreements are hereby ASSUMED, unless specifically rejected as follows: **None.**

5. During the pendency of this case, if unsecured creditors are paid pursuant to paragraph 2(d), <u>less than one hundred (100%) percent</u>, the debtor shall provide the Trustee with signed copies of filed federal and state tax returns for each year no later than April 15th of the year following the tax period. Indicated tax refunds are to be paid to the Trustee upon receipt; however, no later than June 15th of the year in which the tax returns are filed.

Title to the Debtor(s) property shall revest in the Debtor(s) upon completion of the plan, <u>unless otherwise provided in the confirmation Order confirming this plan</u>. **In addition to monthly payments, all tax returns will be sent the trustee by April 15th beginning April 15, 2017 and any and all tax refunds received by the debtor during the life of the plan will be turned over to the trustee for the benefit of creditors no later than June 15th, beginning June, 15, 2017.** Throughout the term of this plan, the Debtor(s) will not incur post-petition debt over $2,000.00 without the written consent of the Chapter 13 Trustee or the Court.

_____                        _____
Debtor                                                  Joint Debtor

Dated: November 29, 2016                    *s/Howard D. Weisinger*
                                             Howard D. Weisinger, Esq.