B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Eastern District Of New York

In re Ayesha Yasmin,    Case No. 15-75309-las

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| MTGLQ Investors, LP | HSBC Bank USA, N.A. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Rushmore Loan Management Services, LLC.
P.O. Box 55004
Irvine, CA 92619-2708
Phone: (888) 504-6700
Last Four Digits of Acct #: 1309

Court Claim # (if known): 4
Amount of Claim: $348,918.94
Date Claim Filed: 11/03/2016

Phone: (516) 741-2585
Last Four Digits of Acct. #: 6899

Name and Address where transferee payments should be sent (if different from above):
Rushmore Loan Management Services, LLC.
P.O. Box 52708
Irvine, CA 92619-2708
Phone: (888) 504-6700
Last Four Digits of Acct #: 1309

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: *[signature]*    Date: 5-22-2017
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

B2100B (Form 2100B) (12/15)

# United States Bankruptcy Court

Eastern            District Of New York

In re Ayesha Yasmin            ,            Case No. 15-75309-las

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No.4_____ (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on _____ (date).

Name of Alleged Transferor

HSBC Bank USA, N.A.

Address of Alleged Transferor:
HSBC Bank USA, N.A.
One Mortgage Way, Mail Stop SV01
Mt. Laurel, NJ 08054

Name of Transferee

MTGLQ Investors, LP

Address of Transferee:
Rushmore Loan Management
Services, LLC.
P.O. Box 55004
Irvine, CA 92619-2708

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

_____
**CLERK OF THE COURT**